NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DARRELL BOYE, KIRK SNYDER, LARRY ETSITTY, JR., SARAH HABAADIH, JONES R. BEGAY, JOHNNY PESHLAKIA, RONALD PLATERIO, REX BUTLER, TRYONE BENALLY, CHALENE BAHE, KENNY JAMES, ROSALYN BENALLY, LEROY BUTLER, LUCY LANE, DALE DENNISON, RANDELL TOMASYO, MARJORIE HENDERSON, PATRICIA YELLOWHAIR, CLINTON CURTIS, HENRY K. MOORE, IRENE SIX, THOMAS ESITTY, GENEVIEVE MORGAN, DARRELL HARVEY, AND LELAND TOM,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5043

---

Appeal from the United States Court of Federal Claims in case no. 07-CV-195, Judge Margaret M. Sweeney.

---

**ON MOTION**

---

## O R D E R

Darrell Boye, et al. move for a 35-day extension of time, until September 7, 2010, to file their reply brief. Boye, et al. states that the United States has no objection.

Accordingly,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT


AUG 2 4 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Edward D. Fitzhugh, Esq.
    Christopher A. Bowen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 4 2010

JAN HORBALY
CLERK